ELIZABETH FITZMAURICE v. CLINTON· F. MAIN, CHANEL,
INC., AND THE HERTZ CORPORATION.

February 16, 1984.

ORDERED that the petition for certification is granted and
the matter is summarily remanded to the Appellate Division to
the end that it shall, in turn, temporarily remand the matter to
the trial court to obtain a statement of reasons from the trial
judge to support the action she had taken with regard to the
jury's verdict; and it is further

ORDERED that the Appellate Division is to retain jurisdic-
tion in order to reconsider its judgment in the light of the trial
court's response.

HURON DEVELOPMENT CORPORATION v. HOWARD M.
LAWN AND DAVID SCHWARTZ.

February 16, 1984.

Petition for certification denied.

JEANETTE BERNSTEIN v. PALISADES INTERSTATE
PARK COMMISSION.

February 16, 1984.

Petition for certification denied.